**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| **CHARGE LION LLC,**<br><br>                   Plaintiff,<br><br>v.<br><br>**MICROCHIP TECHNOLOGY INCORPORATED,**<br><br>                   Defendant. | Civil Action No. 6:12-cv-00860-JDL<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Charge Lion LLC ("Plaintiff") and Defendant Microchip Technology Incorporated ("Defendant") announced to the Court that they have settled Plaintiff's claims for relief against Defendant and Defendant's counterclaims for relief against Plaintiff asserted in this case.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendant and Defendant's counterclaims for relief against Plaintiff are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

**So ORDERED and SIGNED this 19th day of September, 2013.**

                                                                                                   JOHN D. LOVE
                                              UNITED STATES MAGISTRATE JUDGE